# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO. *07-mj-0005 CMK*

　　　　　　vs.                            ORDER TO PAY

*Eric James Sylvester*

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

Count I      Fine: $ *150⁰⁰*        Assessment: $ *25⁰⁰*
Count II     Fine: $_____      Assessment: $_____
Count III    Fine: $_____      Assessment: $_____
Count IV     Fine: $_____      Assessment: $_____
Count V      Fine: $_____      Assessment: $_____

[X] FINE TOTAL OF $ *150⁰⁰* and a penalty assessment of $ *25⁰⁰*
~~within~~ by *5-1-07* days/months or payments of $_____ per month commencing
_____ and due on the _____ day of each month until paid in full.

( )   RESTITUTION OF $_____.

( )   PROBATION to be unsupervised for a period of _____. Probation
to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed
to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your <u>name</u> and <u>case number</u>.

Dated: *3-20-07*

_____
Craig M. Kellison
U.S. Magistrate Judge